JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEUQUAY WOODEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY PROBATION DEPARTMENT, LOS ANGELES COUNTY CHIEF PROBATION OFFICER ADOLFO GONZALEZ, PROBATION OFFICER NAJERA, and DOES 1 to 15,<br><br>　　　　Defendants. | Case No. 2:23-cv-00122 AB (JPRx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　The Court has been advised that this action has been settled.

　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **120 days,** to re-open the action if the settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 5, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.